DAVID A. COLE, Respondent, v. BEN FORMAN et al., Individually and as Copartners Doing Business under the Name of BENWALL MFG. COMPANY, et al., Appellants.— Appeal from an order denying a motion of defendants for judgment on the pleadings under rule 112 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. The first cause of action refers to completed transactions entered into in furtherance of an alleged joint venture, as to which nothing remains to be done except to divide the profits thereof in accordance with the agreement of the parties. Under such circumstances an action at law will lie. (*Bigelow* v. *McMillin*, 251 App. Div. 456, 458.) Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ., concur.

CHARLOTTE A. DAVIS, as Administratrix of the Estate of JOSEPH P. DAVIS, Deceased, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant.— In an action to recover damages for the wrongful death of respondent's intestate, as a result of appellant's train running into and striking a truck driven by the intestate, at appellant's grade crossing in Bellmore, Long Island, judgment in favor of respondent and against appellant, reversed on the facts and a new trial granted, with costs to abide the event. Appeal from order denying appellant's motions to dismiss the complaint, for a directed verdict, to set aside the verdict and for a new trial, dismissed, without costs. In our opinion the finding implicit in the verdict of the jury that the decedent was free from contributory negligence is against the weight of the evidence. Adel, Nolan and Sneed, JJ., concur; Johnston, Acting P. J., and Wenzel, J., dissent and vote to affirm the judgment and order. [See *post*, p. 852.]